# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

IN RE: ) CHAPTER 13

**MILES H. & JACQUELINE PRICE JR.** ) CASE NO. 06-31710ASD

### PAYMENT OF UNCLAIMED FUNDS TO CLERK

$ 207.57

#274734

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

| Check # | | |
|---|---|---|
| | 407901 | $42.69 |
| | 407902 | $21.77 |
| | 407903 | $35.27 |
| | 407904 | $42.19 |
| | 407905 | $14.82 |
| | 407906 | $29.58 |
| | 407907 | $21.25 |

**OBGYN & Fertility Group**
c/o Nathanson & Cipriano
P.O. Box 5516
Hamden CT 06518

**OVER 90 DAYS AND REISSUED 2X**

Dated at Hartford, Connecticut this _____ day of _____, 2011.

_____/s/_____
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor:** 15 GLEN VIEW TERRACE NEW HAVEN CT 06515
**Office of the U.S. Trustee:** USTPRegion02.NH.ECF@USDOJ.GOV
*Debtor's Counsel:* neilcranelaw@snet.net

/s/_____
Molly T. Whiton, Chapter 13 Standing Trustee



CHAPTER 13 TRUSTEE
MOLLY T. WHITON
10 COLUMBUS BLVD, HARTFORD, CT 06106

TRUSTEE ACCOUNT

SunTrust

407907
64-79/611

DATE: 06-27-11          $ 21.25

PAY TWENTY-ONE and 25/100

VOID AFTER 90 DAYS

TO THE FOLLOWING
CLERK, U.S. BANKRUPTCY COURT
UNDISTRIBUTED FUNDS
450 MAIN STREET
HARTFORD, CT 06103

TRUSTEE

⑈407907⑈ ⑆061100790⑆ 00000057510 29⑈











Check 407905 — SunTrust, Chapter 13 Trustee Molly T. Whiton, 10 Columbus Blvd., Hartford, CT 06106. Trustee Account. Date: 06-27-11. $14.82. Pay: Fourteen and 82/100. To: Clerk, U.S. Bankruptcy Court, Undistributed Funds, 450 Main Street, Hartford, CT 06103.

Check 407906 — SunTrust, Chapter 13 Trustee Molly T. Whiton, 10 Columbus Blvd., Hartford, CT 06106. Trustee Account. Date: 06-27-11. $29.58. Pay: Twenty Nine and 58/100. To: Clerk, U.S. Bankruptcy Court, Undistributed Funds, 450 Main Street, Hartford, CT 06103.