# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECICUT

2011 JUL 27 PM 12: 21

IN RE: ) CHAPTER 13

**MILES & JACQUELINE PRICE**  ) CASE NO. 06-31710ASD

$82.50

PAYMENT OF UNCLAIMED FUNDS TO CLERK

# 274980

Pursuant to Bankruptcy Court section 347(a) and Bankruptcy Rule 3011, **Molly T. Whiton,** hereby submits a check from the above captioned case undistributed funds unclaimed by the following:

| Check # | 409259 | $28.49 |
|---|---|---|
|  | 409261 | $54.01 |

**OBGYN & FERTILITY GROUP**
**NATHANSON & CIPRIANO**
**P. O. BOX 5516**
**HAMDEN, CT 06518**

OVER 90 DAYS AND REISSUED 2X & MORE

Dated at Hartford, Connecticut this         day of         , 2011.

/s/
Molly T. Whiton
Chapter 13 Standing Trustee
10 Columbus Blvd., Hartford, CT 06106
Tele:(860) 278-9410 Fax:(860) 527-6185
Fed Id# 02214 e-mail: mtwhiton@mtwhiton.com

This is to certify that a copy hereof was mailed, prepaid, on the above date, to the following:

**Debtor:** 15 GLEN VIEW TERRACE NEW HAVEN CT 06515
**Office of the U.S. Trustee:** USTPRegion02.NH.ECF@USDOJ.GOV
**Debtor's Counsel:** neilcranelaw@snet.net

/s/
Molly T. Whiton, Chapter 13 Standing Trustee